FILED
08 MAY 14 PM 2:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

05/10/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA,
95531,

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
    PLAINTIFF,
VS.
DIRECTOR,
    DEFENDANT(S)

CASE NO. CV-08-00961 JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE;
OFFICE OF THE CLERK:

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER DISMISSED ENTERED IN THIS ACTION 04/24/08.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING ABOVE STATEMENT IS TRUE AND CORRECT.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
             PLAINTIFF,
VS.
      DIRECTOR,
                                    DEFENDANT(S).

CASE NO. CV-08-00961 JW (PR)

PROOF OF SERVICE

I HEREBY CERTIFY THAT ON: 05/10/08, I SERVED A COPY OF THE ATTACHED THREE EXACT MOTION NOTICE OF APPEAL

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HERE IN AFTER LISTED, BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Willie Weaver
SIGNATURE